CHARLES H. PRINDLE, as Administrator of the Estate of JOAN A. PRINDLE, Deceased, Respondent, *v.* ROCKLAND TRANSIT CORPORATION, Appellant.

(Argued April 22, 1936; decided May 19, 1936.)

*Elbert N. Oakes* and *James I. Cuff* for appellant.

*Mackey Rackow* and *Ralph O. L. Fay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, CROUCH and FINCH, JJ. Dissenting: LEHMAN, O'BRIEN and LOUGHRAN, JJ.